# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-02223-R (SK) | Date | May 2, 2018 |
|---|---|---|---|
| Title | Lawrence Cardoza v. D. Asuncion, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FILING FEES**

In December 2017, Plaintiff filed a civil rights complaint and requested to proceed without prepayment of filing fees. (*See* Case No. 17-cv-9201, ECF Nos. 1–2). Plaintiff included an application to proceed without prepaying fees, but did not file the required Certified Trust Account Statement and Disbursement Authorization, even after the Court issued an order stating that those documents were required. (*Id.*, ECF No. 6). That case was therefore closed without prejudice.

Plaintiff has now refiled the same complaint and again requests to proceed without prepaying filing fees. (ECF No. 1–2). This time, though, he included the Certified Trust Account Statement and Disbursement Authorization, but failed to include the required application. (ECF No. 1–2). The Court therefore denied Plaintiff's request to proceed without prepaying fees with leave to amend within 30 days, instructing that "Plaintiff must submit [an] Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)." (ECF No. 4). But more than 30 days have passed with no amended application, payment of filing fees, or a timely response from Plaintiff.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 1, 2018,** why the complaint should not be dismissed for failure to pay the required filing fees and costs. Plaintiff may discharge this Order to Show Cause by submitting a complete Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form AO 240) with all the required documentation by no later than **June 1, 2018**.

**Plaintiff is advised that failure to file a timely response to this Order to Show Cause may result in dismissal of this action for failure to prosecute.** *See* **Fed. R. Civ. P 41(b); L.R. 41-1.**