JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CARDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ASUNCION, ET AL.,<br><br>　　　　Defendants. | Case No. 2:18-cv-02223-R (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that the complaint is dismissed and this action is dismissed without prejudice.

DATED: June 28, 2018

　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE